■ In the Matter of HELENE HAMLIN, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. (Proceeding No. 1.) [821 NYS2d 498]—Order entered finding respondent guilty of professional misconduct. Same Per Curiam as in *Matter of Hamlin* (— AD3d —, 2006 NY Slip Op 07078 [2006]). Present—Scudder, J.P., Gorski, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES EARL ADAMS, Appellant. [823 NYS2d 116]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Smith, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY GALVIN, Appellant. [823 NYS2d 116]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Smith, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE TURNER, Appellant. [823 NYS2d 117]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Kehoe, Gorski and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MITCHELL, Appellant. [823 NYS2d 116]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Scudder, Kehoe and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY P. SEXTON, Appellant. [823 NYS2d 116]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Kehoe, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARTOLOME BRITO, Appellant. [823 NYS2d 116]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Scudder, Kehoe and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NACHE AFRIKA, Appellant. [823 NYS2d 116]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Scudder, Kehoe and Green, JJ.